IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


MALINDA M.,
　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　Civil No. 2:25-CV-13118

v.

FRANK BISIGNANO,　　　　　　　　　DISTRICT JUDGE BERG
COMMISSIONER
OF SOCIAL SECURITY,
　　　　　Defendant.
_____/


## STIPULATION TO REMAND TO THE COMMISSIONER

The parties hereby jointly move the Court to reverse and remand this case

for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and enter

judgment in favor of Plaintiff.

Should the Court grant the joint motion to remand, per the Sixth Circuit's

recent decision in *Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th

Cir. 2026), it should articulate that it is reversing and remanding for further

administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify

the merits errors that ground it. The parties agree that this Court should enter

judgment reversing and remanding to the agency for further administrative

proceedings based on deficits in the ALJ's consideration of the medical opinions.

On remand, the Appeals Council will instruct the ALJ to further consider Plaintiff's claim and re-evaluate her residual functional capacity, taking any further action necessary to complete the administrative record, offer Plaintiff the opportunity for a hearing, and issue another decision.

WHEREFORE, the parties request that this Court order remand of this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov[1]

---

[1] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

/s/ Eddy Pierre Pierre[2]
Eddy Pierre Pierre
Pierre Pierre Law, P.C.
4750 Venture Dr.
Suite 400
Ann Arbor, MI 48108
(646) 992-8383
epierre2@pierrepierrelaw.com

---

[2] Signed with consent obtained by email by Special Assistant United States Attorney Lisa Smoller, received on March 23, 2026.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALINDA M.,
       Plaintiff,

                              Civil No. 2:25-CV-13118

v.

FRANK BISIGNANO,           DISTRICT JUDGE BERG
COMMISSIONER
OF SOCIAL SECURITY,
       Defendant.

_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings. This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to the medical opinions. On remand, the Administrative Law Judge will further consider Plaintiff's claim, including reevaluation of her residual functional capacity, take any further action

necessary to complete the administrative record, provide the opportunity for a

hearing, and issue a new decision.

s/Terrence G. Berg_____
Terrence G. Berg
United States District Judge

Dated: March 24, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALINDA M.,
      Plaintiff,

                        Civil No. 2:25-CV-13118

v.

FRANK BISIGNANO,         DISTRICT JUDGE BERG
COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
_____/

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                 s/Terrence G. Berg_____
                                 Terrence G. Berg
                                 United States District Judge

Dated: March 24, 2026